In the Matter of DAVID E. EAGAN, an Attorney and Counselor-at-Law, Appellant; GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Respondent.

Submitted August 29, 2016; decided September 15, 2016

Motion for leave to appeal denied. Motion for a stay dismissed as academic.